
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:20-MJ- 1507

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | |
| ) | CRIMINAL INFORMATION |
| KEVIN W. TERRY ) | |
| ) | |

The United States Attorney charges:

## COUNT ONE

THAT, on or about December 17, 2019, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States, and within the Eastern District of North Carolina, KEVIN W. TERRY, did unlawfully, knowingly, and intentionally possess methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 844(a).

## COUNT TWO

THAT, on or about December 17, 2019, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States, and within the Eastern District of North Carolina, KEVIN W. TERRY, did unlawfully, knowingly, and intentionally possess marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844(a).

1

ROBERT J. HIGDON, JR.
UNITED STATES ATTORNEY

BY: *(signature)*
CHARLES T. HAMILTON
Special Assistant United States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28307-5000
(910) 908-5934